# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

In re Application of Medytox, Inc. for an Order
Pursuant to 28 U.S.C. § 1782 to Conduct
Discovery for Use in a Foreign Proceeding

Case Number:    1:18-mc-46

## APPLICANT MEDYTOX, INC.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Applicant Medytox,

Inc. states:

1.      Medytox, Inc. is a publicly-traded Korean corporation listed on the Korean

stock exchange, KOSDAQ.

2.      Medytox, Inc. has no parent corporation and no publicly-held company

owns 10% or more of its stock.

Respectfully submitted,

/s/ Marc T. Quigley
Marc T. Quigley, Attorney No. 21054-53
KRIEG DeVAULT LLP
12800 North Meridian Street Suite 300
Carmel, IN 46032-5407
Telephone:  317.238.6262
Facsimile:   317.636.1507
mquigley@kdlegal.com

Libby Yin Goodknight, Attorney No. 20880-49B
One Indiana Square, Suite 2800
Indianapolis, IN 46204
Telephone: 317.238.6315
Facsimile: 317.636.1507
lgoodknight@kdlegal.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Nowell D. Bamberger (*pro hac vice* to be filed)
2000 Pennsylvania Ave NW
Washington, DC 20006
Telephone:  202.974.1500
Facsimile:  202.974.1999
nbamberger@cgsh.com

Arminda B. Bepko (*pro hac vice* to be filed)
One Liberty Plaza
New York, NY 10006
Telephone:  212.225.2000
Facsimile:  212.225.3999
abepko@cgsh.com

*Attorneys for Medytox, Inc.*