# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| APPLICATION OF MEDYTOX, INC. FOR AN ORDER PURSUANT TO 28 U.S.C. SECTION 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING | ) ) ) ) ) ) | No. 1:18-mc-00046-TWP-DLP |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation on Application for Assistance in Foreign Litigation. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Medytox's Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in a Foreign Proceeding is **GRANTED**.

IT IS SO ORDERED.

Date: 8/5/2019

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Nowell D. Bamberger
CLEARY GOTTLIEB STEEN & HAMILTON LLP
nbamberger@cgsh.com

Arminda B. Bepko
CLEARY GOTTLIEB STEEN & HAMILTON LLP
abepko@cgsh.com

Tracy Nicole Betz
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
tbetz@taftlaw.com

Anne L. Cowgur
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
acowgur@taftlaw.com

Libby Yin Goodknight
KRIEG DEVAULT LLP (Indianapolis)
lgoodknight@kdlegal.com

Russell Menyhart
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
rmenyhart@taftlaw.com

Marc T. Quigley
KRIEG DEVAULT LLP (Carmel)
mquigley@kdlegal.com

Matthew C. Solomon
CLEARY GOTTLIEB STEEN & HAMILTON LLP
msolomon@cgsh.com